IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

```
LISA DENOMME,                      *
         Plaintiff,                *
vs.                                *
                                       CASE NO. 3:11-CV-105 (CDL)
MICHAEL J. ASTRUE, Commissioner    *
of Social Security,
                                   *
         Defendant
                                   *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 21, 2012 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 27th day of July, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE